UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-0043-FDW-DCK

| | |
|---|---|
| TERRY L. BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CHARLOTTE RENTALS LLC and CEDRIC MCCORKLE, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Plaintiff's Motion to Reconsider. (Doc. No. 17). In his motion, Plaintiff, who is proceeding pro se, asks the Court to revisit the Order (Doc. No. 15) dismissing the complaint as to individual Defendant Cedric McCorkle ("McCorkle"). For the reasons that follow, the motion is **DENIED**.

Plaintiff's instant motion fails to state any new material facts or circumstances to support his argument that the Court should reconsider the Court's prior order. Plaintiff's motion provides no legal argument under any theory that would entitle him to the relief he seeks. This Court provided Plaintiff with three Roseboro notices in which he was instructed to cure his defective complaint and to properly serve it upon the Defendants. (Doc. Nos. 10, 11, 13). Plaintiff's reasoning in his present motion makes clear that he continues to misunderstand the requirements of effective service upon an individual. Moreover, the 120 day period allotted by Federal Rule of Civil Procedure 4 to effect service of process upon McCorkle has long expired. As such, the Court sees no reason to modify its previous ruling that granted Defendant Cedric McCorkle's Motion to

1

Dismiss for Insufficient Service of Process.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 16, 2015

Frank D. Whitney
Chief United States District Judge